**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                                  **Case No.  8:06-cr-26-T-26TBM**

**WILLIAM ALLEN BROUGHTON,**

      **Defendant.**

                               /

## ORDER APPOINTING CJA COUNSEL

The defendant, William Allen Broughton, having appeared before the undersigned

for a hearing with respect to appointment of counsel, and the court having found that although

the Defendant may be financially able to obtain adequate representation within the meaning

of 18 U.S.C. § 3006A, he is presently unable to retain counsel and the court has appointed

Daniel Hernandez to represent the Defendant in this case.  It is further found that since the

Defendant is not per se indigent and he has certain financial resources available to him, the

undersigned finds that it is in the interests of justice to require the Defendant to contribute

toward the cost of his/her court-appointed counsel pursuant to18 U.S.C. § 3006A(f).

It is, therefore,

**ORDERED:**

(1) that beginning on March 1, 2006, and by the first business day of each month

thereafter and during the pendency of this action, the Defendant shall deposit the sum of Five

Hundred Dollars ($500.00) (cash, money order, or cashier's check made payable to: Clerk,

U.S. District Court)[1] to be credited to the Defender Services appropriation for the fiscal year in which the payment is received. 18 U.S.C. §3006A(f);

(2) in the event that the total cost of court appointed counsel is less than the amount deposited by the Defendant, the Clerk of Court shall refund the balance of the deposit to the Defendant.

**Done and Ordered** in Tampa, Florida this 21st day of February 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Rachelle DesVaux Bedke, Assistant United States Attorney
Bruce Howie, Attorney for Defendant
Defendant c/o counsel
Finance Clerk

---

[1]Mailed payments should reflect the Case Number and be sent to the Clerk at the United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602.